U.S. District Judge John C. Coughenour

D. JAMES TREE
Attorney At Law
Tree Law Offices
3711 Englewood Avenue
Yakima, WA  98902
Telephone: (509) 452-1700
Fax:  (509) 577-9109

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| WESLEY  LYNN  LOCKHART,                )<br>                                                           )<br>                    Plaintiff,             )<br>                                                           )<br>v.                                                         )<br>                                                           )<br>JO ANNE B. BARNHART,              )<br>Commissioner of Social Security   )<br>Administration,                                 )<br>                                                           )<br>                    Defendant.          ) | CASE NO:  C03-564C<br><br>ORDER AUTHORIZING<br>ATTORNEY FEES PURSUANT<br>TO 42 U. S. C. §406(b) |

Plaintiff was awarded $57,179.00 in backpay.  25% of that backpay is $14,294.75.  Counsel for Plaintiff has previously been awarded EAJA attorney fees from this Court in the amount of $5,095.21.

ORDER AUTHORIZING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) -1

Plaintiff requests this Court grant §406(b) attorney fees in the amount of $14,294.75.  This Court finds that §406(b) attorney fees in the amount of $14,294.75 are a reasonable attorney fee and hereby awards D. James Tree, attorney for plaintiff, §406(b) attorney fees in the amount of $14,294.75.  Plaintiff is due an offset of $5,095.21 for EAJA attorney fees received by plaintiff's counsel.

It is hereby ORDERED that Social Security Administration shall release to Mr. Tree §406(b) attorney fees in the amount of $9,199.54, and release to Mr. Lockhart, $5,095.21, representing the EAJA offset.

IT IS SO ORDERED this 6th day of March, 2006.

*[signature: John C Coughenour]*

UNITED STATES DISTRICT JUDGE

Presented by:
   s/ D. JAMES TREE, WSBA#16976
   Attorney for Plaintiff
   3711 Englewood Avenue
   Yakima, Washington 98902
   Telephone:  (509) 452-1700